Filed February 23rd, 1904.

———o———

No. 3223.

(Court of Appeal, Parish of Orleans.)

CITIZENS BANK OF LOUISIANA vs. JOHN FITZPATRICK, Tax Collector.

Under Article 85 Constitution of 1898, the Supreme Court has appellate jurisdiction in all cases in which the constitutionality or legality of a tax is in contestation.

Appeal from Civil District Court, Division B.

B. K. Miller, Plaintiff and Appellee.

F. C. Zacharie and E. K. Skinner, Defendant and Appellant.

DUFOUR, J.  The question presented by this appeal is whether or not certain property belonging to the plaintiff is under its charter exempt from taxation.

Its solution requires an inquiry into the constitutionality or legality of the tax, not within our jurisdiction, but within that of the Supreme Court, according to Art. 85 of the Constitution of 1898.

Appeal Dismissed.

Filed February 8th, 1904.

Judge Beauregard recused.